

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00528-CV

Russell E. **WILLIAMS** and Judy W. Williams,
Appellants

v.

Winfred J. **WILLIAMS**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 111223B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellants, Russell E. Williams and Judy W. Williams, bear all costs of this appeal.

SIGNED August 20, 2014.

_____
Luz Elena D. Chapa, Justice